IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT

SEP 1 2 2006

GR........ ......AM
CLERK

Civil Action No. **06 - CV - 01800** -BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLINTON TEAGUE,

    Plaintiff,

v.

R. HOOD, Warden,
R. WILEY, Warden,
D. DUNCAN, Associate Warden of Custody,
C. CHESTER, Associate Warden of Programs,
J. ZUERCHER, Associate Warden of Custody,
E. HUGESTON, Captain,
H. CHURCH, Captain,
M. COLLINS, Unit Manager,
T. GOMEZ, Unit Manager,
V. SUDLOW, Case Manager,
T. SUDLOW, Case Manager,
J. ARROYO, Counselor,
J. JOHNSON, Correctional Officer,
P. LEE, Correctional Officer,
P. SCHAFFER, Correctional Officer, Row "Lieutenant",
J. GUADIAN, Correctional Officer,
C. JARBOE, Correctional Officer,
J. WHITEHOUSE, Lieutenant,
L. SMITH, Special Investigative Agent (S.I.A.),
M. BERIE, Special Investigation Services Lieutenant,
W. LOA, Lieutenant,
M. DUNALP, Disciplinary Hearing Officer,
R. BAUER, Health Serviced Administrator,
L. LEYBA, Clinical Director,
D. SCHIEFELBEIN, Physician Assistant,
N. GLADBACH, Nurse Practitioner,
B. NORBURY, Paramedic,
S. FICKLE, Health Service Technician,
A. PERRY, North Central Regional, Health Systems Specialist,
M. SOSA, I.T.S., Mailroom Supervisor,
R. WATSON, Inmate System Manager,

J. WALTERS, Lieutenant,
P. TELITZ, Correctional Officer,
C. HOTCHKISS, Correctional Officer,
R. STEVENS, Correctional Officer,
D. CARPENTER, Lieutenant,
R. LIVINGSTON, Lieutenant,
T. GIVENS, I.T.S., Business Officer,
J. COOPER, F.C.C. Controller,
S. SMITH, Special Investigation Services,
R. MARTIN, Correctional Officer,
M. NALLEY, Regional Director,
H. WATTS, Director,
M. CRUZ, Associate Warden of Custody,
J. SHARDLE, Associate Warden of Programs,
D. KRIST, Special Investigative Agent,
T. CARPENTER, Special Investigation Services Lieutenant,
M. STANCIL, Special Investigation Services Lieutenant, and
J. VIGIL, Correctional Officer,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

3

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 11th day of September, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06-CV-01800**-ℓⱭᵦ

Clinton Teague
Reg. No. 06977-029
USP – Terre Haute
P.O. Box 12015
Terre Haute, IN 47801

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 9-12-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk