IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01800-BNB

CLINTON TEAGUE,

    Plaintiff,

v.

R. HOOD, Warden,
R. WILEY, Warden,
D. DUNCAN, Associate Warden of Custody,
C. CHESTER, Associate Warden of Programs,
J. ZUERCHER, Associate Warden of Custody,
E. HUGESTON, Captain,
H. CHURCH, Captain,
M. COLLINS, Unit Manager,
T. GOMEZ, Unit Manager,
V. SUDLOW, Case Manager,
T. SUDLOW, Case Manager,
J. ARROYO, Counselor,
J. JOHNSON, Correctional Officer,
P. LEE, Correctional Officer,
P. SCHAFFER, Correctional Officer, Row "Lieutenant",
J. GUADIAN, Correctional Officer,
C. JARBOE, Correctional Officer,
J. WHITEHOUSE, Lieutenant,
L. SMITH, Special Investigative Agent (S.I.A.),
M. BERIE, Special Investigation Services Lieutenant,
W. LOA, Lieutenant,
M. DUNLAP, Disciplinary Hearing Officer,
R. BAUER, Health Service Administrator,
L. LEYBA, Clinical Director,
D. SCHIEFELBEIN, Physician Assistant,
N. GLADBACH, Nurse Practitioner,
B. NORBURY, Paramedic,
S. FICKLE, Health Service Technician,
A. PERRY, North Central Regional, Health System Specialist,
M. SOSA, I.T.S., Mailroom Supervisor,
R. WATSON, Inmate System Manager,
J. WALTERS, Lieutenant,
P. TELITZ, Correctional Officer,
C. HOTCHKISS, Correctional Officer,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 6 2006

GREGORY C. LANGHAM
                 CLERK

R. STEVENS, Correctional Officer,
D. CARPENTER, Lieutenant,
R. LIVINGSTON, Lieutenant,
T. GIVENS, I.T.S., Business Officer,
J. COOPER, F.C.C. Controller,
S. SMITH, Special Investigation Services,
R. MARTIN, Correctional Officer,
M. NALLEY, Regional Director,
H. WATTS, Director,
M. CRUZ, Associate Warden of Custody,
J. SHARDLE, Associate Warden of Programs,
D. KRIST, Special Investigative Agent,
T. CARPENTER, Special Investigation Services Lieutenant,
M. STANCIL, Special Investigation Services Lieutenant, and
J. VIGIL, Correctional Officer,

    Defendants.

---

## ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
## PURSUANT TO 28 U.S.C. § 1915
## WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

---

    On September 5, 2006, Plaintiff filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a properly certified copy of his trust fund account statement. On November 15, 2006, the Court granted Plaintiff permission to proceed in forma pauperis and directed him to pay an initial partial filing fee of $6.00 pursuant to 28 U.S.C. § 1915(b)(1) or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee by filing a current certified copy of his trust fund account statement.

    Plaintiff submitted a current account statement to the Court on December 4, 2006. Upon review of Plaintiff's current account statement, the Court finds that Plaintiff is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because Plaintiff's trust fund account statement indicates that he has insufficient funds in his inmate account available to him to pay an initial partial filing fee and that he has no other available assets, Plaintiff may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Plaintiff remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this Order. Accordingly, it is

ORDERED that Plaintiff may proceed without payment of an initial partial filing fee. Plaintiff remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Plaintiff shall make monthly payments to the Court of twenty percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Plaintiff is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this

Order. In order to show cause, Plaintiff must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Plaintiff fails to have the appropriate monthly payment sent to the Clerk of the Court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the Complaint may be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the Court. It is

**FURTHER ORDERED that the Court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt Plaintiff may owe in a prior action or actions** if Plaintiff fails to stay current with his payment obligations in the prior action or actions.

DATED December 6, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01800-BNB

Clinton Teague
Reg. No. 06977-029
USP – Terre Haute
PO Box 12015
Terre Haute, IN 47801

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/6/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk