IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01800-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,

v.

R. HOOD, Warden,
R. WILEY, Warden,
T. SUDLOW, Case Manager,
J. ARROYO, Counselor,
J. JOHNSON, Correctional Officer,
P. LEE, Correctional Officer,
P. SCHAFFER, Correctional Officer, Now "Lieutenant",
J. GUADIAN, Correctional Officer,
C. JARBOE, Correctional Officer,
L. SMITH, Special Investigative Agent (S.I.A.),
W. LOA, Lieutenant,
M. DUNLAP, Disciplinary Hearing Officer,
R. BAUER, Health Service Administrator,
L. LEYBA. Clinical Director,
D. SCHIEFELBEIN, Physician Assistant,
N. GLADBACH, Nurse Practitioner,
J. WALTERS, Lieutenant,
P. TELITZ, Correctional Officer,
C. HOTCHKISS, Correctional Officer,
R. STEVENS, Correctional Officer,
D. CARPENTER, Lieutenant,
D. KRIST, Special Investigative Agent (S.I.A.), and
J. VIGIL, Correctional Officer,
    Defendants.



FILED
UNITED STATES DISTRICT COURT
     ER, COLORADO

MAR - 5 2007

GREGORY C. LANGHAM
          CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

    This civil action comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is now

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the Second Amended Prisoner Complaint (doc. # 26) as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated at Denver, Colorado this 5th day of March, 2007.

BY THE COURT:


s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01800-LTB-CBS

Clinton Teague
Reg. No. 06977-029
USP - Terre Haute
PO Box 12015
Terre Haute, IN 47801

R. Hood, R. Wiley, T. Sudlow, J. Arroyo, J. Johnson, P. Lee,
P. Schaffer, J.Guadian, C. Jarboe, L. Smith. W. Loa, M. Dunlap,
R. Bauer, L. Leyba, D. Schiefelbein, N. Gladbach, J. Walters, P. Telitz,
C. Hotchkiss, R. Stevens, D. Carpenter, D. Krist, and J. Vigil - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Snysvoll for service of process on R. Hood, R. Wiley, T. Sudlow, J. Arroyo, J. Johnson, P. Lee, P. Schaffer, J.Guadian, C. Jarboe, L. Smith. W. Loa, M. Dunlap, R. Bauer, L. Leyba, D. Schiefelbein, N. Gladbach, J. Walters, P. Telitz, C. Hotchkiss, R. Stevens, D. Carpenter, D. Krist, and J. Vigil , and to The United States Attorney General, and the United States Attorney's Office: AMENDED COMPLAINT FILED 02/13/07, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/5/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk