IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01800-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

R. HOOD, Warden, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Teague's "Motion Opposing Brian K. English Involvement in Plaintiff's Civil Action [sic]" (filed July 16, 2007) (doc. # 63). Pursuant to the Order of Reference dated February 23, 2007 (doc. # 29) and the memorandum dated July 18, 2007 (doc. # 64), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Teague's Motion, and the entire case file and is sufficiently advised in the premises. As the court does not have the authority to control Mr. English's activities in the course of his employment,

    IT IS ORDERED that Mr. Teague's "Motion Opposing Brian K. English Involvement in Plaintiff's Civil Action" (filed July 16, 2007) (doc. # 63) is DENIED.

    DATED at Denver, Colorado, this 24th day of July, 2007.

                                     BY THE COURT:

                                      s/Craig B. Shaffer
                                      United States Magistrate Judge