IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01800-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

R. HOOD, Warden, et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff's Motion Requesting a Reconsideration Regarding Prior Motion for the Appointment of Counsel" (filed September 14, 2007) (doc. # 79). Pursuant to the Order of Reference dated February 23, 2007 (doc. # 29) and the memorandum dated September 14, 2007 (doc. # 80), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file and the applicable law and is sufficiently advised in the premises.

Mr. Teague asks the court to reconsider it's previous Order declining to seek volunteer counsel to represent him. Indigent civil litigants have no constitutional or statutory right to be represented by a lawyer. *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983). "[T]he district court has broad discretion to appoint counsel for indigents . . . , and its denial of counsel will not be overturned unless it would result in fundamental unfairness impinging on due process rights." *Long v. Shillinger*, 927 F.2d 525, 527 (10th Cir. 1991) (applying 28 U.S.C. § 1915(d), amended and renumbered as § 1915(e)(1)) (internal quotation marks and citation omitted). Mr. Teague has substantial experience with litigation. *See, e.g.*, Civil Action No. 01-cv-00824-ZLW, Teague v. Pugh et al., Civil Action No. 01-cv-01969-ZLW, Teague v. Pugh et al., Civil Action No. 02-cv-00279-PSF-BNB, Teague v. Pugh et al., Civil Action No. 04-cv-00731-PSF-BNB, Teague v. U.S.

Government et al., Civil Action No. 04-cv-01800-PSF-BNB, Teague v. U.S. Government et al., Civil Action No. 05-cv-00436-ZLW, Teague v. U.S. Government et al., Civil Action No. 05-cv-00939-PSF-BNB, Teague v. U.S. Government et al., Civil Action No. 05-cv-01532-ZLW, Teague v. U.S. Government et al., Civil Action No. 06-cv-02588-LTB-CBS, Teague v. Clark et al., Civil Action No. 07-cv-00752-LTB-CBS, Teague v. Wadas et al., Civil Action No. 07-cv-01420-ZLW, Teague v. Wadas et al.  For the reasons previously stated in the Order dated March 15, 2007 (doc. # 37), the court declines at this stage of the proceedings to request counsel to represent Mr. Teague.  Accordingly,

IT IS ORDERED that "Plaintiff's Motion Requesting a Reconsideration Regarding Prior Motion for the Appointment of Counsel" (filed September 14, 2007) (doc. # 79) is DENIED.

DATED at Denver, Colorado, this 18th day of September, 2007.

BY THE COURT:


  s/Craig B. Shaffer
United States Magistrate Judge