IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01800-LTB-CBS

CLINTON TEAGUE,
 Plaintiff,
v.

R. HOOD, Warden, et al.,
 Defendants.

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

Magistrate Judge Craig B. Shaffer

By Orders entered on November 15, 2006 (doc. # 11) and December 6, 2006 (doc. # 16), the court granted Mr. Teague leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), Mr. Teague is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. In the Order granting leave to proceed *in forma pauperis*, the court instructed Mr. Teague either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make the monthly payment. In order to show cause, Mr. Teague was directed to file a certified copy of his inmate trust fund account statement. The court warned Mr. Teague that failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

On September 26, 2007 Mr. Teague filed a "Motion to Show Asset Records & Reason Why Plaintiff is Unable to Pay Court Fee's [sic] for the Month of 'September'"

(doc. # 85). On November 19, 2007, Mr. Teague filed a "Motion to Show Asset Records & Reason Why Plaintiff is Unable to Pay Court Fee's [sic] for the Month of 'October'" (doc. # 86). The inmate trust fund account statement submitted on September 26, 2007 consists of one page reflecting only a current balance and not reflecting the preceding month's income credited to Mr. Teague's account. (*See* doc. # 85). The inmate trust fund account statement submitted on November 19, 2007 reflects the income credited to Mr. Teague's account between April 30, 2007 and August 4, 2007 but does not reflect the preceding month's income credited to Mr. Teague's account for September, October or November of 2007. (*See* doc. # 86; *see also* docs. # 12, # 20, # 30, # 66 (not current account statements)).

The court has directed Mr. Teague to make monthly payments of twenty percent (20%) of the *preceding month's income credited to his trust fund account* or show cause each month by filing *a current certified copy of his trust fund account statement*. (*See* docs. # 11 and # 16) (emphasis added). As Mr. Teague's submissions of his trust fund account statements are not current copies of his trust fund account statements and do not show the preceding month's income credited to his trust fund account, they are not sufficient to meet Mr. Teague's monthly obligations. Therefore, the court will require Mr. Teague, by the **15th day** of **each month** and without any further notice from or order of the court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. If Mr. Teague fails to comply with this requirement in any month

2

prior to the date on which the filing fee is paid in full, the court will recommend that the case be dismissed for failure to comply with this Order and with the court's November 15, 2006 Order allowing Mr. Teague to proceed *in forma pauperis*.

Accordingly, IT IS ORDERED that by the **15th day** of **each** month hereafter Mr. Teague shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, Mr. Teague must file a certified copy of his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court. If Mr. Teague fails to comply with this Order, this civil action may be dismissed without further notice.

DATED at Denver, Colorado this 23rd day of November, 2007.

BY THE COURT:


  s/ Craig B. Shaffer
United States Magistrate Judge