IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01800-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

R. HOOD, Warden,
R. WILEY, Warden,
T. SUDLOW, Case Manager,
J. ARROYO, Counselor,
J. JOHNSON, Correctional Officer,
P. LEE, Correctional Officer,
P. SCHAFFER, Correctional Officer, Now "Lieutenant,"
J. GUADIAN, Correctional Officer,
C. JARBOE, Correctional Officer,
L. SMITH, Special Investigative Agent (S.I.A.),
W. LOA, Lieutenant,
M. DUNLAP, Disciplinary Hearing Officer,
R. BAUER, Health Service Administrator,
L. LEYBA, Clinical Director,
D. SCHIEFELBEIN, Physician Assistant,
N. GLADBACH, Nurse Practitioner,
J. WALTERS, Lieutenant,
P. TELITZ, Correctional Officer,
C. HOTCHKISS, Correctional Officer,
R. STEVENS, Correctional Officer,
D. CARPENTER, Lieutenant,
D. KRIST, Special Investigative Agent (S.I.A.),
J. VIGIL, Correctional Officer,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court regarding the court's March 5, 2007 order for service of the Second Amended Complaint. (*See* Order Granting Service by United States Marshal (doc. # 31)).

    Mr. Teague is currently incarcerated and is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* November 15, 2006 "Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 11)). The Second Amended Complaint (doc. # 26)

1

was filed on February 13, 2007. All Defendants except Defendants R. Hood, C. Jarboe, and L. Leyba have moved to dismiss the Second Amended Complaint. (*See* doc. # 73). As to Defendants R. Hood, C. Jarboe, and L. Leyba, the court has received neither a waiver of service nor any indication that these three Defendants could not be served.

Accordingly, IT IS ORDERED that **on or before April 9, 2008** defense counsel shall file a status report regarding the status of service on Defendants R. Hood, C. Jarboe, and L. Leyba.

DATED at Denver, Colorado, this 25th day of March, 2008.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge