IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01800-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

R. HOOD, Warden,
R. WILEY, Warden,
T. SUDLOW, Case Manager,
J. ARROYO, Counselor,
J. JOHNSON, Correctional Officer,
P. LEE, Correctional Officer,
P. SCHAFFER, Correctional Officer, Now "Lieutenant,"
J. GUADIAN, Correctional Officer,
C. JARBOE, Correctional Officer,
L. SMITH, Special Investigative Agent (S.I.A.),
W. LOA, Lieutenant,
M. DUNLAP, Disciplinary Hearing Officer,
R. BAUER, Health Service Administrator,
L. LEYBA, Clinical Director,
D. SCHIEFELBEIN, Physician Assistant,
N. GLADBACH, Nurse Practitioner,
J. WALTERS, Lieutenant,
P. TELITZ, Correctional Officer,
C. HOTCHKISS, Correctional Officer,
R. STEVENS, Correctional Officer,
D. CARPENTER, Lieutenant,
D. KRIST, Special Investigative Agent (S.I.A.),
J. VIGIL, Correctional Officer,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the letter (doc. # 108) filed in response to the court's March 25, 2008 order. (*See* doc. # 107). On March 25, 2008, the court directed defense counsel to "file a status report regarding the status of service on Defendants R. Hood, C. Jarboe, and L. Leyba." (*See* doc. # 107). The letter filed with the court indicates that Defendants R. Hood and L. Leyba are no longer employed with the Federal Bureau of Prisons and have not waived service. The letter does not address the

1

status of service on Defendant C. Jarboe and does not indicate whether the Federal Bureau of Prisons has a last-known or forwarding address for Defendants R. Hood and/or L. Leyba.  Accordingly, IT IS ORDERED that:

1. Defense counsel shall advise the court **on or before April 18, 2008** of the status of service on Defendant C. Jarboe.

2. Defense counsel shall advise the court **on or before April 18, 2008** whether the Federal Bureau of Prisons has a last-known or forwarding address for Defendants R. Hood, C. Jarboe, and/or L. Leyba.

2. If the Bureau of Prisons has a last-known or forwarding address for Defendants R. Hood, C. Jarboe, and/or L. Leyba, defense counsel shall file such address[es] with the court **UNDER SEAL on or before April 18, 2008**.

DATED at Denver, Colorado, this 4th day of April, 2008.

BY THE COURT:

   s/ Craig B. Shaffer
United States Magistrate Judge