IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 06-cv-01800-LTB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: July 31, 2008 | Courtroom Deputy: Ben Van Dyke |

CLINTON TEAGUE,                                                *Pro se*, via telephone

    **Plaintiff,**

v.

CORRECTION OFFICER, P. LEE, *et al.,*                 J. Benedict Garcia

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**     **PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:**     **10:00 a.m.**
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

The court discusses Plaintiff's Motion/Request to File Amended Complaint [filed June 20, 2008; doc. 125] with plaintiff.

**ORDERED:**     Plaintiff's oral motion to withdraw without prejudice Plaintiff's Motion/Request to File Amended Complaint [filed June 20, 2008; doc. 125] is granted. The motion (*doc. 125*) is hereby withdrawn without prejudice.

**ORDERED:**     Plaintiff's Motion for Reconsideration/Request for the Appointment of Counsel [filed June 20, 2008; doc. 124] is denied for the reasons stated on the record.

The court discusses discovery with the plaintiff. Mr. Teague indicates that he will be released from prison on September 13, 2008.

**ORDERED:**     Status Conference set for September 2, 2008 at 10:00 a.m. Plaintiff and/or his case manager shall contact the court at (303) 844-2117 to participate in the conference.

HEARING CONCLUDED.
**Court in recess:**     **10:21 a.m.**
Total time in court:     00:21