IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01800-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

P. LEE, and
J. GUADIAN,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on the docket annotations dated October 28, 2008, December 8, 2008, January 14, 2009, January 20, 2009, and January 21, 2009 (docs. # 138, # 141, # 143, # 145, and # 147). Former defense counsel Elizabeth Ann Weishaupl is currently employed as a judge in the Eighteenth Judicial District for the State of Colorado and is no longer employed as defense counsel. Accordingly,

IT IS ORDERED that the Clerk of the Court shall terminate electronic notification to attorney Elizabeth Ann Weishaupl and shall remove attorney Elizabeth Ann Weishaupl from the electronic certificate of mailing.

DATED at Denver, Colorado, this 21st day of January, 2009.

BY THE COURT:

    s/ Craig B. Shaffer
United States Magistrate Judge