IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01800-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

P. LEE, and
J. GUADIAN,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Mr. Teague's letter "Request[ing] Scheduling Order as to Civil Action No. 06-cv-01800-LTB-CBS" (filed March 12, 2009) (doc. # 154). Pursuant to the Order of Reference dated February 23, 2007 (doc. # 29), this matter is before the Magistrate Judge. The court having reviewed the letter and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that the Clerk of the Court shall mail Mr. Teague a copy of the Courtroom Minutes/Minute Order (doc. # 132) that constitutes the Scheduling Order in this case.

    DATED at Denver, Colorado, this 13th day of March, 2009.

                                                    BY THE COURT:

                                                      s/ Craig B. Shaffer
                                                 United States Magistrate Judge