IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01800-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

P. LEE, and
J. GUADIAN,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on April 8, 2009 for a status conference. At the status conference, the court set a further telephonic status conference for May 8, 2009. Mr. Teague is currently incarcerated at the Iowa State Penitentiary. Accordingly,

    IT IS ORDERED that the Clerk of the Court shall mail a copy of this Order and the Courtroom Minutes/Minute Order (doc. # 162) to Jill Johnson, Iowa State Penitentiary, # 3 John Bennett Drive, P.O. Box 316, Fort Madison, IA 52627 in order to notify the prison staff that a status conference is set on May 8, 2009 at 9:30 a.m. (Mountain time) (10:30 a.m. Iowa time) in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Mr. Teague, or his case manager, shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

    DATED at Denver, Colorado, this 30th day of April, 2009.

                                        BY THE COURT:

                                           s/ Craig B. Shaffer
                                         United States Magistrate Judge